**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| TASHA CHAPMAN, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-cv-00843 |
| | : | |
| v. | : | Judge Algenon L. Marbley |
| | : | |
| THE STATE OF OHIO, | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On September 20, 2024, the United States Magistrate Judge issued a Report and Recommendation ("R&R") that the Court dismiss Plaintiff Tasha Chapman's *pro se* Complaint challenging her state court criminal conviction for vandalism and seeking money damages. (ECF No. 10). As set forth in the R&R, the Magistrate Judge concluded that, "to the extent that plaintiff seeks to remove her state criminal proceedings to this federal court plaintiff fails to establish any basis upon which the Court could conclude that removal of her state-court criminal proceedings was proper." (*Id.* at 4). Alternatively, the Magistrate Judge recommended dismissal under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. (*Id.* at 5–6). The R&R specifically advised Plaintiff of her right to object within fourteen (14) days and on the rights she would waive by failing to do so. (*Id.* at 6). No objection has been filed, and the deadline lapsed on October 4, 2024.

This Court hereby **ADOPTS** the Report and Recommendation (ECF No. 10) based on its independent consideration of the analysis therein. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

Because reasonable jurists would not disagree with this conclusion, Plaintiff is **DENIED** a certificate of appealability, and this Court **CERTIFIES** to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  October 30, 2024**